UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| S.F.D. REAL ESTATE, LLC,<br>    Plaintiff<br><br>    v.<br><br>PEERLESS INSURANCE COMPANY,<br>INC., LIBERTY MUTUAL INSURANCE<br>COMPANY, INC. | )<br>)<br>)<br>)  Docket No.  1:13-cv-00302-jgm<br>)<br>)<br>)<br>) |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby notices the dismissal of this action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the opposing party having served neither an answer nor a motion for summary judgment.

Dated:    Burlington, Vermont
               August 11, 2014

                                                      */s/ Jerome F. O'Neill*
                                                        Jerome F. O'Neill, Esq.
                                                        Gravel & Shea PC
                                                        76 St. Paul Street, 7th Floor, P. O. Box 369
                                                        Burlington, VT  05402-0369
                                                        (802) 658-0220
                                                        joneill@gravelshea.com
                                                         For Plaintiff